UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: PRADAXA (DABIGATRAN ETEXILATE) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) 3:12-md-02385-DRH<br><br>MDL No. 2385 |

This Document Relates To:

*Jonathan Staub v. Boehringer Ingelheim Pharmaceuticals Inc., et al*      No. 14-cv-60038-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulation of Dismissal filed on September 2, 2014, and the order entered on September 2, 2014, the above captioned case is **DISMISSED** with prejudice. Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY:  /s/*Caitlin Fischer*
           Deputy Clerk

Dated: September 2, 2014

Digitally signed by David R. Herndon
Date: 2014.09.02 14:07:10 -05'00'

**APPROVED:**
   **CHIEF JUDGE**
   **U. S. DISTRICT COURT**